IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MICHAEL S. HELMS, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. CIV-14-1003-W |
| DR. SORENSON and SHIRLEY STOUFFER, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

On November 23, 2015, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this matter and addressed certain motions filed by plaintiff Michael S. Helms. Helms, who is proceeding pro se, was advised of his right to object, see Doc. 59 at 9, and the matter now comes before the Court on Helms' Response to Report and Recommendation. See Doc. 66.

Upon de novo review of the record, the Court concurs with Magistrate Judge Erwin's suggested disposition of Helm's motions. Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 59] filed on November 23, 2015; and in doing so,

    (a) DENIES Helms' Motion to Proceed Forward and File Supplemental Information Regarding Retaliatory Clause [Doc. 28] file-stamped May 8, 2015, which Magistrate Judge Erwin construed as a request by Helms for an order not only enjoining the medical staff at Lawton Correctional Facility ("LCF") from engaging in retaliation, but also compelling LCF's medical staff to reinstate Helms' medication (Tylenol 3);

    (b) DENIES Helms' request that the Court "award him punitive and monetary

damages to be paid by defendants [Charles Sorenson, M.D., a former LCF health care provider, and Shirley Stouffer, LCF's Health Services Administrator]," Doc. 42 (file-stamped October 20, 2015), and Helms' Request for Entry of Default [Doc. 44] (file-stamped October 23, 2015);

(c) DENIES without prejudice to reurging, if appropriate, Helms' request for the Court's help in obtaining "copies of his medical records that pertain to his back injury," Doc. 51 at 1 (file-stamped November 9, 2015), as well as "copies of his doctors' orders, MRIs, and X-rays that pertain to his back injury, [sciatica], and neuropathy[,]" id.;

(d) DENIES Helms' request for "some kind of justice and protecti[ve] measures to keep him safe from retaliation," Doc. 53 at 1-2, which is based on Helms' belief that "things [are] happening to him . . . because of th[is] lawsuit[,]" id. at 2, since the requested relief seeks to bind nonparties and there is no evidence that the LCF employees about whose conduct Helms has complained are acting in concert with Stouffer; and

(e) DENIES any request by Helms to amend his complaint to assert claims based upon medical issues and medical care and treatment unrelated to the claims in this lawsuit; and

(2) RE-REFERS this matter to Magistrate Judge Erwin for further proceedings.

ENTERED this 10th day of December, 2015.

LEE R. WEST
UNITED STATES DISTRICT JUDGE